■ MILLER & MILLER CONSULTING ACTUARIES, INC., Appellant, v ENERGY LOGICS, INC., et al., Respondents.—Appeal by the plaintiff from an order of the Supreme Court, Westchester County (Nastasi, J.), entered January 14, 1987.

Ordered that the order is affirmed, with costs, for reasons stated in the decision of Justice Nastasi at the Supreme Court,

Westchester County. Brown, J. P., Lawrence, Kooper and Balletta, JJ., concur.